# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## PRETRIAL SERVICES OFFICE

February 1, 2012

*Alma A. Irr*
*Chief Pretrial Services Officer*

*Post Office Box 61127*
*Houston 77208-1127*
*(713) 250-5218*

Reply to:  **Houston**

*600 E. Harrison St. #202*
*Brownsville 78520-7149*
*(956) 548-2667*

*1133 N. Shoreline Blvd., Suite 114*
*Corpus Christi 78401*
*(512) 888-3411*

*Post Office Box 1460*
*Laredo 78042-1460*
*(956) 727-4844*

*1701 West Business Highway 83*
*Bentsen Tower, Suite 1105*
*McAllen 78501*
*(956) 618-516*

Honorable Mary Milloy
U.S. Magistrate Judge
Southern District of Texas
Houston Division

**RE: Rosa Baes**
**H-11-CR-832-01**
**Employment Status**

Dear Judge Milloy:

On January 11, 2012, the defendant was released on a $50,000 unsecured bond. She is charged with False Statement to the a Bank and Aggravated Identity Theft. She entered a plea of not guilty on January 27, 2012, and is scheduled for a Pretrial Conference on March 12, 2012 before Judge Lynn Hughes.

As part of her conditions of release, she was to obtain employment within 10 business days, if she was not able to keep her present employment. The defendant learned on January 12, 2012, she no longer had a job with her employer, First Tax, L.P.

The defendant continues to look for employment, but is in need of an extension as the 10 day deadline has passed. The undersigned has worked with the defendant and has made suggestions as to where to seek employment, but to date she remains unemployed.

Baes, Rosa
H-11-CR-832-01
Page 2

As the defendant continues to seek employment, it is respectfully recommended, she be allowed to continue her search through the end of February 2012.   The undersigned will advise the court at that time of her progress.

Sincerely,

David Hernandez
U. S. Pretrial Services Officer

**THE COURT DOES / DOES NOT CONCUR.**

_____
Mary Milloy
U.S. Magistrate Judge

2- 1- 12
_____
Date